

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00951-CV

**Shannon L. Cowen**

v.

**Samuel Cowen**

NO. 2013-43776 IN THE 309TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $268.00 | 01/27/2015 | PAID | ANT |
| FILING | $195.00 | 11/26/2014 | NOT PAID | ANT |

### The costs incurred on appeal to the First Court of Appeals Houston, Texas are $463.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 31, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**